# Third District Court of Appeal
## State of Florida

Opinion filed August 3, 2022.

_____

No. 3D22-157
Lower Tribunal No. 20-12311-CC
_____

**RM & Associates Consulting, Inc., a/a/o Rogelio Muller,**
Appellant,

vs.

**State Farm Florida Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

Font & Nelson, PLLC, Jose Font, and Christopher Herrera (Ft. Lauderdale), for appellant.

Russo Appellate Firm, P.A., and Elizabeth K. Russo, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and HENDON, JJ.

PER CURIAM.

Upon consideration of appellee's commendable confession of error, we vacate the final judgment and related summary judgment order below and remand for further proceedings.